UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CARROLLTON FAMILY CLINIC, LLC, a Mississippi Limited Liability Company, and PERRIN CURRAN, M.D., an individual,<br><br>Plaintiffs,<br><br>v.<br><br>ECLINICALWORKS, LLC, a Delaware Limited Liability Company,<br><br>Defendant. | Case No.  1:17-cv-12530-RGS |

**FIRST JOINT STATUS REPORT REGARDING ARBITRATION**

Pursuant to the Court's May 17, 2018 Electronic Order directing the parties to file regular status reports regarding their arbitration proceedings, the parties hereby file this joint report. Following the Court's March 29, 2018 Order granting eClinicalWorks, LLC's Motion to Compel Arbitration, the parties met and conferred in good faith and exchanged proposals regarding the rules and procedures that the parties will follow.  The parties are working to finalize an agreement concerning the applicable rules and procedures, and intend to exchange proposed arbitrators.  If the parties cannot reach an agreement regarding the selection of an arbitrator after meeting and conferring in good faith, they have agreed upon a procedure whereby an arbitrator will be appointed through the assistance of JAMS.  All parties are working in good faith to proceed with arbitration.

Dated:  June 11, 2018

Respectfully Submitted:

By: */s/ John Roddy*
John Roddy, BBO # 424240
BAILEY GLASSER LLP
99 High Street, Suite 304
Boston, MA 02110
Telephone: (617) 439-6730
Fax: (617) 951-3954
jroddy@baileyglasser.com

Jonathan D. Selbin (admitted *pro hac vice*)
John T. Nicolaou (admitted *pro hac vice*)
LIEFF CABRASER HEIMANN & BERNSTEIN LLP
250 Hudson Street, 8th Floor
New York, NY 10013
Telephone: (212) 355-9500
Fax: (212) 355-9592
jselbin@lchb.com
jnicolaou@lchb.com

Mark P. Chalos (admitted *pro hac vice*)
LIEFF CABRASER HEIMANN & BERNSTEIN LLP
222 Second Avenue, South, Suite 1640
Nashville, TN 37201
Telephone: (615) 313-9000
Fax: (615) 313-9965
mchalos@lchb.com

Brett A. Ialacci (admitted *pro hac vice*)
BADHAM & BUCK LLC
2001 Park Place North, Suite 500
Birmingham, AL 35203
Telephone: (205) 521-0036

*Attorneys for Plaintiffs*

By:  */s/ James R. Carroll*
James R. Carroll (BBO #554426)
SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM LLP
500 Boylston Street
Boston, Massachusetts  02116
(617) 573-4800
james.carroll@skadden.com

Jessica D. Miller (admitted *pro hac vice*)
Geoffrey M. Wyatt (admitted *pro hac vice*)
SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM LLP
1440 New York Avenue, N.W.
Washington, D.C. 20005
jessica.miller@skadden.com
geoffrey.wyatt@skadden.com

*Counsel for Defendant*
eClinicalWorks, LLC

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 11, 2018, I filed a copy of the foregoing by electronic means with the United States District Court for the District of Massachusetts using the CM/ECF system, which will send notification to counsel of record.

By: <u>*/s/ John Roddy*</u>
John Roddy