UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CARROLLTON FAMILY CLINIC, LLC, a Mississippi Limited Liability Company, and PERRIN CURRAN, M.D., an individual,<br><br>Plaintiffs,<br><br>v.<br><br>ECLINICALWORKS, LLC, a Delaware Limited Liability Company,<br><br>Defendant. | Case No.  1:17-cv-12530-RGS |

**FIFTH JOINT STATUS REPORT REGARDING ARBITRATION**

Pursuant to the Court's May 17, 2018 Electronic Order directing the parties to file regular status reports regarding their arbitration proceedings, the parties hereby file this joint report. Following the Court's March 29, 2018 Order granting eClinicalWorks, LLC's Motion to Compel Arbitration, the parties entered into an Agreed Arbitration Protocol concerning the applicable rules and procedures for arbitration.  The parties have appointed former United States District Judge David F. Levi to serve as arbitrator and FedArb as the administrator of the arbitration, which shall be conducted in accordance with rules that have been agreed among the parties.  The arbitration has commenced, and all parties are working in good faith to proceed with arbitration.

Dated: February 8, 2019

        Respectfully Submitted:

        By: */s/ John Roddy*
        John Roddy, BBO # 424240
        BAILEY GLASSER LLP
        99 High Street, Suite 304
        Boston, MA 02110
        Telephone: (617) 439-6730
        Fax: (617) 951-3954
        jroddy@baileyglasser.com

        Jonathan D. Selbin (admitted *pro hac vice*)
        John T. Nicolaou (admitted *pro hac vice*)
        LIEFF CABRASER HEIMANN & BERNSTEIN LLP
        250 Hudson Street, 8th Floor
        New York, NY 10013
        Telephone: (212) 355-9500
        Fax: (212) 355-9592
        jselbin@lchb.com
        jnicolaou@lchb.com

        Mark P. Chalos (admitted *pro hac vice*)
        LIEFF CABRASER HEIMANN & BERNSTEIN LLP
        222 Second Avenue, South, Suite 1640
        Nashville, TN 37201
        Telephone: (615) 313-9000
        Fax: (615) 313-9965
        mchalos@lchb.com

        Brett A. Ialacci (admitted *pro hac vice*)
        BADHAM & BUCK LLC
        2001 Park Place North, Suite 500
        Birmingham, AL 35203
        Telephone: (205) 521-0036

        *Attorneys for Plaintiffs*

By: */s/ James R. Carroll*
James R. Carroll (BBO #554426)
SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM LLP
500 Boylston Street
Boston, Massachusetts 02116
(617) 573-4800
james.carroll@skadden.com

Jessica D. Miller (admitted *pro hac vice*)
Geoffrey M. Wyatt (admitted *pro hac vice*)
SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM LLP
1440 New York Avenue, N.W.
Washington, D.C. 20005
jessica.miller@skadden.com
geoffrey.wyatt@skadden.com

*Counsel for Defendant*
eClinicalWorks, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on February 8, 2019, I filed a copy of the foregoing by electronic means with the United States District Court for the District of Massachusetts using the CM/ECF system, which will send notification to counsel of record.

By: */s/John Roddy*
John Roddy