UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Carrollton Family Clinic, LLC et al

    Plaintiffs

    v.                                                         Civil Action No. 17-12530-RGS

eClinicalWorks, LLC

    Defendant

### ORDER OF DISMISSAL

July 29, 2019

STEARNS, D.J.

In accordance with the Court's Electronic Order [Dkt # 46] issued on July 29, 2019, it is ORDERED that the above-entitled action be, and hereby is, dismissed.

                                                                  By the Court,

                                                                  /s/ Arnold Pacho
                                                                  Deputy Clerk